# EXHIBIT "35"

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
### TRIAL DIVISION – CIVIL

| | | |
|---|---|---|
| LAVA FUNDING, LLC, | : | JANUARY TERM, 2016 |
| Plaintiff, | : | NO. 02716 |
| v. | : | COMMERCE PROGRAM |
| PRUDENTIAL SAVINGS BANK, | : | |
| Defendant. | : | |

**DOCKETED**

JUN 1 2 2017

R. POSTELL
COMMERCE PROGRAM

| | | |
|---|---|---|
| ISLAND VIEW PROPERTIES, INC., et al., | : | MARCH TERM, 2016 |
| Plaintiffs, | : | NO. 03161  *lead* |
| v. | : | COMMERCE PROGRAM |
| PRUDENTIAL SAVINGS BANK, | : | Control Nos. 17013627, 17051144 |
| Defendant. | : | |

### ORDER

**AND NOW**, this 12th day of June, 2017, upon consideration of defendant's Motion to Lift Stay filed in case 160303161, to which plaintiffs do not object, plaintiffs' Preliminary Objections to defendant's Counterclaims filed in case 160303161, and all other matters of record in both of the above-captioned cases, it is **ORDERED** as follows:

1. These cases are **CONSOLIDATED** for all purposes and case 160303161 shall serve as the lead case;

2. The court-ordered **STAYS** in both cases are **LIFTED**;

3. The Preliminary Objections are **OVERRULED**, and defendants shall file their Answer(s) to the Counterclaims in case 160303161 within twenty (20) days of the date of entry of this Order; and

Lava Funding Llc Vs Prudential Savings Bank-ORDER

16010271600043

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b)  R. POSTELL  06/12/2017

4.   The parties shall appear for a Status Conference on July 11, 2017, at 10:00 am in Courtroom 425, City Hall.

BY THE COURT,

_____
RAMY I. DJERASSI, J.
