# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>**ISLAND VIEW CROSSING II, L.P.,**<br><br>Debtor.<br><br>**KEVIN O'HALLORAN, in his capacity as Chapter 11 Trustee for ISLAND VIEW CROSSING II, L.P., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PRUDENTIAL SAVINGS BANK,**<br><br>Defendant. | Chapter 11<br><br>Bankruptcy No. 17-14454 (ELF)<br><br><br><br><br><br><br><br>Adversary No. 17-00202 (ELF)<br><br>Adversary No. 18-00280 (ELF) |

## ORDER CLARIFYING MARCH 7, 2019
## MEMORANDUM [DOCKET NO. 34] AND ORDER [DOCKET NO. 35]

AND NOW, upon consideration of the Motion of Prudential Savings Bank ("Prudential") the entry of an Order Clarifying the Bankruptcy Court's Memorandum and Order dated March 7, 2019 [Docket Nos. 34 and 35 respectively] relating to subject matter jurisdiction over non-Debtor Plaintiffs (the "Motion"), the Court having found good cause to grant the relief requested therein, and after notice and hearing, it is therefore

ORDERED and DECREED as follows:

1.  This Court's Order dated March 7, 2019 [Docket No. 35] remands only Prudential's Counterclaims against non-Debtor plaintiffs and does not remand any of

1

Prudential's counterclaims against the Debtor.

Dated:  4/24/19

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE