UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re ISLAND VIEW CROSSING II, L.P., | : | Chapter 11 |
| | : | |
| Debtor | : | Bky. No. 17-14454 |
| | : | |
| | : | |
| KEVIN O'HALLORAN, in his capacity as Chapter 11 Trustee for ISLAND VIEW CROSSING II, L.P., et al. | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| PRUDENTIAL SAVINGS BANK, | : | |
| | : | |
| Defendant | : | Adv. No. 17-202 |
| | : | Adv. No. 18-280 |

# O R D E R

**AND NOW**, upon consideration of Prudential's Motion to Dismiss the Complaints ("the Motion"), and for the reasons stated in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART**.

2. The Motion is **DENIED** with respect to the tortious interference claim in Adv. No. 17-202.

3. The Motion is **GRANTED WITHOUT LEAVE TO AMEND** with respect to the 12 Pa.C.S. §5104(a) and §5105 claims for avoidance of the transaction referred to in the accompanying Memorandum as "the 2014 Construction Loan."

4. The Motion is **GRANTED WITH LEAVE TO AMEND** with respect to

    a. the 12 Pa.C.S. §5104(a) claim for avoidance of the transfer referred to in the accompanying Memorandum as "the 2014 Construction Mortgage."

1

    b. the 12 Pa.C.S. §5105 claim for avoidance of all of the transfers described in the Complaint except the 2014 Construction Loan.

5. In all other respects, the Motion is **DENIED**.

6. If the Trustee wishes to file an Amended Complaint in Adv. No. 18-280, he shall do so **on or before June 12, 2019**.

**Date: May 23, 2019**

                        ERIC L. FRANK
                        U.S. BANKRUPTCY JUDGE