IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ISLAND VIEW CROSSING II, L.P. | : | Chapter 11 |
| Debtor | : | |
| | : | Bankruptcy No. 17-14454 (ELF) |
| | : | |
| KEVIN O'HALLORAN, in his capacity as | : | |
| Chapter 11 Trustee for ISLAND VIEW | : | |
| CROSSING II, L.P., et al. | : | |
| Plaintiffs | : | |
| | : | Adversary No. 17-00202 (ELF) |
| v. | : | |
| | : | Adversary No. 18-00280 (ELF) |
| PRUDENTIAL SAVINGS BANK | : | |
| Defendant | : | |

## CERTIFICATION OF SERVICE

I, Mark R. Fischer, Jr., Esquire, hereby certify that I served a true and correct copy of the foregoing Motion to Withdraw as Counsel for Renato Gualtieri, in the above captioned matter on the 26th day of February, 2020, upon the following as listed:

**Via Email & U.S Mail**
Renato Gualtieri
1628 Carlene Court
Langhorne, PA 19047
rjg@americorphomes.com

**Via CM/ECF System**

Michael J. Cordone, Esquire
Stradley Ronon Stavens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
mcordone@stradley.com
*Counsel for Plaintiff Kevin O'Halloran, in his capacity
as Chapter 11 Trustee for Island View Crossing II, L.P.*

Steven M. Coren, Esquire
Katherine L. Perkins, Esquire
Matthew R. Williams, Esquire
Kaufman, Coren & Ress, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103-2713
scoren@kcr-law.com

kperkins@kcr-law.com
mwilliams@kcr-law.com
*Counsel for Plaintiff Kevin O'Halloran, in his capacity
as Chapter 11 Trustee for Island View Crossing II, L.P.*


Edmond M. George, Esquire
Samantha J. Koopman, Esquire
Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Edmond.george@obermayer.com
Samantha.koopman@obermayer.com
Michael.vagnoni@obermayer.com
*Counsel for Defendant Prudential Savings Bank*

Aris J. Karalis, Esquire
Katherine L. Perkins, Esquire
Robert W. Seitzer, Esquire
Matthew R. Williams, Esquire
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
akaralis@karalislaw.com
rseitzer@karalislaw.com
kperkins@kcr-law.com
mwilliams@kcr-law.com
*Counsel for Trustee Kevin O'Halloran*


**HIGH SWARTZ, LLP**


By:     s/ Mark R. Fischer, Jr.
          Mark R. Fischer, Jr., Esquire
          Richard C. Sokorai, Esquire
          Donald Petrille, Esquire
          Attorney I.D. #94043/80708/82332
          40 E. Airy Street
          Norristown, PA  19404
          (t) 610-275-0700
          (f) 610-275-5290
          mfischer@highswartz.com
          rsokorai@highswartz.com
          dpetrille@highswartz.com

Dated: February 26, 2020