United States Bankruptcy Court

Eastern District of Pennsylvania

KEVIN O'HALLORAN, in his capacity as,
    Plaintiff

Prudential Savings Bank,
    Defendant

Adv. Proc. No. 17-00202-elf

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 2
Date Rcvd: Oct 19, 2020      Form ID: pdf900      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Kevin O'Halloran, One South State Street, Newtown, PA 18940-3567 |
| pla | + | KEVIN O'HALLORAN,in his capacity as Chapter 11 Tru, One South State Street, Newtown, PA 18940-3567 |
| dft | + | Prudential Savings Bank, c/o Michael D. Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, Suite 3400, 1500 Market Street Philadelphia, PA 19102-2100 |
| pla | + | Renato Gualtieri, 1628 Carlene Court, Langhorne, PA 19047-2303 |
| NONE | + | STRADLEY RONON STEVENS & YOUNG, LLP, c/o Michael J. Dorval, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7098 |
| 14271665 | | Matthew R. Williams, Esquire, Counsel for Kevin OHalloran, Ch 11 Trust, KAUFMAN, COREN & RESS, P.C., 2 Commerce Sq, Ste 3900, 2001 Market St, Philadelphia, PA 19103 |
| 14398217 | + | Prudential Savings Bank, c/o SAMANTHA J. KOOPMAN, Obermayer Rebmann Maxwell & Hipple LLP, 1500 Market Street, Suite 3400 Philadelphia, PA 19102-2100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2020 02:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2020 02:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2020 02:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 20 2020 02:05:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Oct 20 2020 02:05:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: ChrissyW | Page 2 of 2 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

**Name**           **Email Address**

ARIS J. KARALIS
   on behalf of Trustee Kevin O'Halloran akaralis@karalislaw.com  jhysley@karalislaw.com

EDMOND M. GEORGE
   on behalf of Defendant Prudential Savings Bank michael.vagnoni@obermayer.com;turner.falk@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

KATHERINE L. PERKINS
   on behalf of Trustee Kevin O'Halloran kperkins@kcr-law.com

KATHERINE L. PERKINS
   on behalf of Plaintiff KEVIN O'HALLORAN in his capacity as Chapter 11 Trustee for ISLAND VIEW CROSSING II,L.P. kperkins@kcr-law.com

MARK J. DORVAL
   on behalf of STRADLEY RONON STEVENS & YOUNG  LLP mdorval@stradley.com

MATTHEW R. WILLIAMS
   on behalf of Trustee Kevin O'Halloran MWilliams@kcr-law.com

MATTHEW R. WILLIAMS
   on behalf of Plaintiff KEVIN O'HALLORAN in his capacity as Chapter 11 Trustee for ISLAND VIEW CROSSING II,L.P. MWilliams@kcr-law.com

MICHAEL D. VAGNONI
   on behalf of Defendant Prudential Savings Bank michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHAEL J. CORDONE
   on behalf of Plaintiff Renato Gualtieri mcordone@stradley.com

MICHAEL J. CORDONE
   on behalf of Plaintiff KEVIN O'HALLORAN in his capacity as Chapter 11 Trustee for ISLAND VIEW CROSSING II,L.P. mcordone@stradley.com

ROBERT W. SEITZER
   on behalf of Trustee Kevin O'Halloran rseitzer@karalislaw.com  jhysley@karalislaw.com

SAMANTHA J. KOOPMAN
   on behalf of Defendant Prudential Savings Bank samantha.koopman@obermayer.com denise.richards@obermayer.com;Nicholas.Poduslenko@obermayer.com

STEVEN M. COREN
   on behalf of Plaintiff KEVIN O'HALLORAN in his capacity as Chapter 11 Trustee for ISLAND VIEW CROSSING II,L.P. scoren@kcr-law.com, ccapra@kcr-law.com

TOTAL: 13

PIN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> **ISLAND VIEW CROSSING II, L.P.,** <br><br> Debtor. | Chapter 11 <br><br> Bankruptcy No. 17-14454 (ELF) |
| **KEVIN O'HALLORAN, in his capacity as Chapter 11 Trustee for ISLAND VIEW CROSSING II, L.P., et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **PRUDENTIAL SAVINGS BANK,** <br><br> Defendant. | Adversary No. 17-00202 (ELF) <br><br> Adversary No. 18-00280 (ELF) |

### STIPULATION GRANTING DEFENDANT AN EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT

It is hereby stipulated and agreed that the above captioned Defendant shall have until November 13, 2020 to file a response to the Plaintiff's Motion for Partial Summary Judgment [Docket No. 112]. This Stipulation contains the entire agreement between the parties and may only be amended in writing, executed by both parties hereto.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

4833-8496-0975

WHEREFORE, the undersigned respectfully request that the Court approve the foregoing Stipulation.

| | |
|---|---|
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | KAUFMAN, COREN & RESS, P.C. |
| By: */s/ Edmond M. George*<br>Edmond M. George, Esquire<br>Nicholas Poduslenko, Esquire<br>Michael D. Vagnoni, Esquire<br>Centre Square West, 34th Floor<br>1500 Market Street<br>Philadelphia, PA 19102<br>215-665-3066 – Telephone<br>michael.vagnoni@obermayer.com | By: */s/ Matthew R. Willaims*<br>Steven M. Coren, Esquire<br>Matthew R. Williams, Esquire<br>Two Commerce Square<br>Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>215-735-8700 – Telephone<br>kperkins@kcr-law.com |
| *Counsel to the Defendant, Prudential Savings Bank* | *Counsel to Plaintiff, Kevin O'Halloran, in his capacity as Chapter 11 Trustee for Island View Crossing II, L.P.* |
| Dated: October 16, 2020 | Dated: October 16, 2020 |

# **O R D E R**

The foregoing Stipulation is **APPROVED**. No further extensions to be granted.

Date: 10/16/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**