**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**ISLAND VIEW CROSSING II, L.P.,**<br><br>Debtor. | **CHAPTER 11**<br>Case No. 17-14454-ELF |
| **KEVIN O'HALLORAN, in his capacity as Chapter 11 Trustee for Island View Crossing II, L.P.,**<br><br>Plaintiff,<br>v.<br>**PRUDENTIAL SAVINGS BANK,**<br><br>Defendant. | Adversary No. 17-00202 (ELF)<br><br>Adversary No. 18-00280 (ELF) |

**PRETRIAL DISCLOSURES OF ISLAND VIEW CROSSING II, L.P.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)**

Trustee/Plaintiff Kevin O'Halloran, in his capacity as Chapter 11 Trustee for Island View Crossing II, L.P. ("Plaintiff" or "Island View"), by and through its undersigned counsel, hereby discloses the following information in accordance with Federal Rule of Civil Procedure 26(a)(3):

1. **Witnesses Whom Plaintiff Expects to Present at Trial**[1]

    a. Renato J. Gualtieri
       Principal, Founder
       Island View Crossing II, L.P.
       Americorp Homes, Inc.
       One S. State Street
       Newtown, PA 18940

---

[1] Plaintiff will use deposition testimony for impeachment and may seek to introduce certain deposition testimony in his case in chief should any witness become unavailable.

    b.  Kevin O'Halloran
        Chapter 11 Trustee for Island View Crossing II, L.P.
        c/o Kaufman, Coren & Ress, P.C.
        2001 Market Street, Suite 3900
        Philadelphia, PA 19103

    c.  Michael Cordone, Esq.
        Stradley, Ronon, Stevens & Young, LLP
        2005 Market Street, Suite 2600
        Philadelphia, PA 19103

    d.  William Sasso, Esq.
        Chairman of Management Committee and Board of Directors
        Stradley, Ronon, Stevens & Young, LLP
        2005 Market Street, Suite 2600
        Philadelphia, PA 19103

    e.  Anthony Migliorino
        Executive Vice President, Chief Operating Officer
        Prudential Savings Bank
        93 Fieldview Drive
        Spring City, PA  19475

    f.  Salvatore Fratanduono
        Senior Vice President, Chief Lending Officer
        Prudential Savings Bank (fmr.)
        17 La Costa Drive
        Blackwood, NJ 08012

    g.  Nicholas A. DiGianivittorio
        First Vice President, Credit Administration, CRA Officer
        Prudential Savings Bank
        9347 Roseto Villa Drive
        Dublin, OH  43016

    h.  Gary Reilly
        Senior Vice President, Chief Credit Officer
        Prudential Savings Bank
        1834 West Oregon Avenue
        Philadelphia, PA 19145

    i.  Alexander Nadalini
        Chief Credit Officer
        Prudential Savings Bank (fmr.)
        4103 Haddon Drive
        Greensboro, NC 27406

    j.   Joseph Corrato
President, Chief Executive Officer
Prudential Savings Bank (ret.)
119 Bellevue Ave.
Springfield, PA 19064

    k.   Thomas Vento
President, Chief Executive Officer
Prudential Savings Bank (ret.)
302 Lake Side Drive
Swedesbroro, NJ 08085

    l.   David H. Krauter
Vice President, Chief Lending Officer
Prudential Savings Bank (fmr.)
221 Ridgewood Road
Springfield, PA 19064

    m.   Bernie Sauer
Project Manager
Island View Crossing II, L.P. (fmr.)
Radcliffe Court on the Delaware
1600 Radcliffe Street
Bristol Borough, PA 19007

    n.   Judy S. Schmitt
Controller
Americorp Homes, Inc.
One South State Street
Newtown, PA 18940

    o.   David Nasatir, Esq.
Partner, Business and Finance Department Chair
Obermayer, Rebmann, Maxwell & Hippel, LLP
Centre Square West
1500 Market Street
Philadelphia, PA 19102

**2.**    **Witnesses Whom Plaintiff May Call If the Need Arises**

    a.   Dennis Pollack
President, Chief Executive Officer
Prudential Savings Bank
1834 West Oregon Avenue
Philadelphia, PA 19145

b.  Bruce E. Miller
    Chairman of the Board
    Prudential Savings Bank
    1834 West Oregon Avenue
    Philadelphia, PA 19145

c.  Douglas J. Smith (deceased)
    Senior Vice President, Chief Lending Officer
    Prudential Savings Bank
    1834 West Oregon Avenue
    Philadelphia, PA 19145

d.  Jack E. Rothkopf
    Senior Vice President, Chief Financial Officer, Treasurer
    Prudential Savings Bank
    1834 West Oregon Avenue
    Philadelphia, PA 19145

e.  Christian Maier
    Vice President, Lending/Compliance (fmr.)
    Prudential Savings Bank
    1380 Lake Road
    Feasterville-Trevose, PA 19053

f.  Jeffrey T. Hanuscin
    Vice President, Controller
    Prudential Savings Bank
    1834 West Oregon Avenue
    Philadelphia, PA 19145

g.  John Barrasso
    President
    Lava Funding, LLC
    1205 Delsea Drive
    Deptford, New Jersey 08093

h.  Nancy Maychuk
    Administrative Assistant
    Americorp Homes, Inc.
    One South State Street
    Newtown, PA 18940

i.  Walt Zoladz
    Purchasing Manager
    Americorp Homes, Inc.
    One South State Street
    Newtown, PA 18940

j.  Cheryl Nelson
    Island View Crossing II, L.P. (fmr.)
    1600 Radcliffe Street
    Bristol Borough, PA 19007

k.  Jerome R. Balka, Esq.
    Partner
    Balka and Balka, P.C. (fmr.)
    Reger, Rizzo & Darnall, LLP
    2929 Arch Street, 13th Floor
    Philadelphia, PA 19104

l.  Michael Kolarik
    Commercial Lending
    Prudential Savings Bank
    1834 West Oregon Avenue
    Philadelphia, PA 19145

m.  Denise Manning-Wilke
    Lending Department
    Prudential Savings Bank
    1834 West Oregon Avenue
    Philadelphia, PA 19145

n.  Robert White
    Executive Director
    Redevelopment Authority of the County of Bucks
    216 Pond Street
    Bristol, PA 19007

o.  Patricia L. Bachtle
    Prothonotary, Vice Chairman
    Redevelopment Authority of the County of Bucks
    216 Pond Street
    Bristol, PA 19007

5

    p. Gregory Harris
       Manager
       Harlyn Consulting
       1150 S. Cedar Crest Blvd.
       Allentown, PA 18103

    q. J.N. Pattison, IV
       Founding Partner
       International Consultants, Inc.
       432 Pinecrest Road
       Springfield, PA  19064

    r. Todd Celli
       Senior Vice President, Field Operations
       Thomas J. Finn Associates, Inc.
       P.O. Box 5192
       Deptford, NJ 08096

    s. Thomas Petrecz
       Senior Project Scientist
       Penn E&R, Inc.
       2755 Bergey Road
       Hatfield, PA 19440

    t. Michael A. Christie, P.G.
       Penn E&R, Inc.
       2755 Bergey Road
       Hatfield, PA 19440

    u. Joseph S. Baran
       Project Manager
       Bohler Engineering
       1600 Manor Drive, Suite 200
       Chalfont, PA 18914

    v. Brian Brzezinski
       Owner
       Premium Excavating, LLC
       269 Canal Road
       Fairless Hills, PA 19030

    w. Kurt Schroeder
       Construction Services Manager
       Gilmore & Associates, Inc.
       65 E. Butler Avenue, Suite 100
       New Britain, PA 18901

  x. Kevin McGrath
   McGrath & Son Homes
   668 Woodbourne Road, Suite 109
   Langhorne, PA 19047

  y. Marty Stallone
   Executive Vice President
   Metropolitan Companies
   2001 State Hill Road, Suite 205
   Wyomissing, PA 19610

  z. Michael Tulio
   Metropolitan Companies
   2001 State Hill Road, Suite 205
   Wyomissing, PA 19610

  aa. Roy P. Brito, CPA
   760 Newtown Yardley Road, Suite 124
   Newtown, PA 18940

  bb. Maureen Mastroieni, MAI, CRE
   President, Real Estate Appraiser & Consultant
   Mastroieni & Associates, Inc.
   1000 Germantown Pike, Unit C-6
   Plymouth Meeting, PA 19562

  cc. James L. Klementisz, Jr. SRA
   Senior Appraiser, Chief Operating Officer
   Mastroieni & Associates, Inc.
   1000 Germantown Pike, Unit C-6
   Plymouth Meeting, PA 19562

  dd. Jeaneen P. Ray
   Certified Real Estate Appraiser and Consultant
   Mastroieni & Associates, Inc.
   1000 Germantown Pike, Unit C-6
   Plymouth Meeting, PA 19562

  ee. Albert F. Laubmeier
   Laubmeier Valuation Associates
   70 West Oakland Avenue, P.O. Box 1366
   Doylestown, PA 18901

### 3. Designation of Deposition Testimony

Plaintiff hereby identifies (by witness, page and line numbers) portions of deposition testimony it proposed to offer into evidence on Exhibit A, attached. Plaintiff reserves the right to supplement and/or amend its deposition designations with any testimony from future depositions of expert witnesses up until and throughout the time of trial.

### 4. Exhibits Which Plaintiff Expects to Offer

Plaintiff expects to offer exhibits identified on Exhibit B, attached. Plaintiff reserves the right to introduce all documents identified in the Schedules and/or Appendixes of Defendant's Expert Report and any exhibits identified or used in the future depositions of expert witnesses. Plaintiff reserves the right to supplement and/or amend its exhibit list up until and throughout the time of trial.

Dated: November 16, 2020                **KAUFMAN, COREN & RESS, P.C.**

/s/*Matthew R. Williams*
Steven M. Coren, Esquire
Matthew R. Williams, Esquire
Attorney ID Nos. 32140, 91820
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700

*Attorneys for Plaintiff Kevin O'Halloran in his capacity as Chapter 11 Trustee for Island View Crossing II, L.P.*

## **CERTIFICATE OF SERVICE**

I, Matthew R. Williams, do hereby certify that on November 16, 2020, I caused a true and correct copy of the foregoing Pretrial Disclosures to be served on the following counsel via e-mail and/or first-class mail:

Nicholas Poduslenko, Esq.
OBERMAYER REBMANN
MAXWELL & HIPPELL, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102

*Counsel for Defendants,
Prudential Savings Bank*

/s/ Matthew R. Williams
MATTHEW R. WILLIAMS