# EXHIBIT A

**PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY**

| Deponent: Renato J. Gualtieri | |
|---|---|
| Date of Deposition: 2/25/20 | |
| *Start* | *Stop* |
| 16:4 | 18:8 |
| 20:6 | 22:14 |
| 28:20 | 29:3 |
| 30:17 | 31:12 |
| 32:12 | 32:17 |
| 35:10 | 36:1 |
| 37:1 | 37:4 |
| 38:16 | 39:7 |
| 39:17 | 40:5 |
| 42:1 | 43:4 |
| 44:15 | 44:18 |
| 45:4 | 45:8 |
| 48:10 | 49:13 |
| 55:5 | 55:10 |
| 66:17 | 68:17 |
| 79:15 | 80:3 |
| 80:11 | 80:21 |
| 81:3 | 81:24 |
| 82:23 | 83:11 |
| 86:12 | 87:2 |
| 91:18 | 92:2 |
| 92:22 | 93:19 |
| 93:24 | 95:19 |
| 98:17 | 98:19 |
| 98:23 | 99:15 |
| 100:8 | 100:19 |
| 103:14 | 103:20 |
| 106:19 | 107:9 |
| 143:12 | 145:9 |
| 147:2 | 148:16 |
| 153:23 | 155:21 |
| 174:19 | 176:4 |
| 206:20 | 207:1 |
| 207:23 | 208:16 |
| 251:10 | 251:23 |
| 253:12 | 254:18 |
| 254:24 | 255:12 |

| Deponent: Renato Gualtieri<br>Date of Deposition 2/26/20 ||
|---|---|
| *Start* | *Stop* |
| 298:10 | 298:12 |
| 298:21 | 299:15 |
| 309:8 | 309:17 |
| 348:13 | 349:2 |
| 349:7 | 349:14 |
| 349:18 | 349:20 |
| 350:2 | 350:16 |
| 355:8 | 356:1 |
| 359:16 | 359:19 |
| 360:3 | 360:18 |
| 379:3 | 381:19 |
| 381:23 | 382:6 |
| 430:6 | 430:18 |
| 431:18 | 432:10 |
| 501:23 | 502:6 |
| 503:6 | 503:21 |
| 504:4 | 504:14 |
| 514:11 | 516:1 |

| Deponent: Renato Gualtieri<br>Date of Deposition: 3/11/20 ||
|---|---|
| *Start* | *Stop* |
| 577:1 | 577:15 |
| 605:23 | 606:3 |
| 606:16 | 608:5 |
| 609:22 | 610:5 |
| 610:9 | 611:18 |
| 672:9 | 675:2 |
| 675:11 | 676:19 |
| 682:6 | 683:24 |
| 690:22 | 691:6 |
| 691:16 | 692:1 |
| 693:1 | 693:12 |
| 771:13 | 772:21 |
| 773:2 | 773:6 |
| 773:10 | 774:3 |

| **Deponent: Nicholas A. DiGianivittorio** | |
|---|---|
| **Date of Deposition: 12/17/2019** | |
| *Start* | *Stop* |
| 7:9 | 8:8 |
| 9:1 | 9:24 |
| 10:8 | 11:4 |
| 15:4 | 16:15 |
| 20:14 | 23:10 |
| 24:4 | 24:7 |
| 24:14 | 27:5 |
| 28:22 | 31:24 |
| 32:8 | 32:18 |
| 32:24 | 33:14 |
| 35:7 | 38:19 |
| 39:15 | 40:2 |
| 40:12 | 41:14 |
| 41:20 | 42:9 |
| 42:23 | 43:17 |
| 44:2 | 44:12 |
| 44:20 | 45:15 |
| 46:1 | 47:25 |
| 48:4 | 48:16 |
| 49:8 | 53:12 |
| 53:17 | 55:23 |
| 56:16 | 58:4 |
| 58:13 | 58:22 |
| 59:5 | 60:10 |
| 62:19 | 64:8 |
| 64:11 | 66:21 |
| 66:24 | 68:13 |
| 69:3 | 72:1 |
| 72:11 | 74:11 |
| 75:13 | 75:24 |
| 76:3 | 76:8 |
| 77:17 | 84:1 |
| 84:15 | 85:18 |
| 85:23 | 87:25 |
| 88:4 | 88:5 |

| **Deponent: Anthony V. Migliorino** | |
|---|---|
| **Date of Deposition: 3/2/19** | |
| *Start* | *Stop* |
| 10:15 | 11:23 |
| 12:4 | 12:16 |
| 14:22 | 15:23 |
| 16:6 | 16:21 |
| 17:2 | 17:15 |
| 19:3 | 19:19 |
| 19:22 | 20:4 |
| 20:16 | 20:21 |
| 21:7 | 21:20 |
| 22:10 | 23:12 |
| 24:8 | 24:24 |
| 25:2 | 25:23 |
| 26:4 | 26:14 |
| 26:18 | 26:20 |
| 27:9 | 27:13 |
| 29:18 | 29:20 |
| 30:1 | 30:2 |
| 31:4 | 31:14 |
| 32:5 | 32:12 |
| 35:13 | 36:13 |
| 38:10 | 38:20 |
| 43:5 | 43:9 |
| 43:12 | 44:3 |
| 45:19 | 46:16 |
| 46:25 | 47:2 |
| 49:18 | 50:1 |
| 52:8 | 52:13 |
| 52:20 | 52:24 |
| 53:3 | 53:8 |
| 55:2 | 55:15 |
| 55:21 | 56:3 |
| 59:25 | 60:4 |
| 60:8 | 60:22 |
| 61:11 | 61:16 |
| 63:8 | 63:16 |
| 64:1 | 64:10 |
| 64:18 | 64:25 |
| 66:4 | 68:11 |
| 68:16 | 70:5 |
| 70:16 | 71:19 |
| 72:6 | 77:11 |
| 78:2 | 78:5 |

| | |
|---|---|
| 79:4 | 80:17 |
| 85:11 | 85:22 |
| 86:5 | 90:3 |