**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**ISLAND VIEW CROSSING II, L.P.,**<br><br>Debtor. | **CHAPTER 11**<br>**Case No. 17-14454-ELF** |
| **KEVIN O'HALLORAN, in his capacity as Chapter 11 Trustee for Island View Crossing II, L.P.,**<br><br>Plaintiff,<br><br>v.<br><br>**PRUDENTIAL SAVINGS BANK,**<br><br>Defendant. | Adversary No. 17-00202 (ELF)<br><br>Adversary No. 18-00280 (ELF) |

**STIPULATION FOR THE EXTENSION OF TIME
FOR PARTIES' DISCLOSURES OF EXPERT TESTIMONY**

IT IS HEREBY STIPULATED AND AGREED, by, between, and among Plaintiff Kevin O'Halloran, in his capacity as the Chapter 11 Trustee ("Plaintiff" or the "Trustee") for Island View Crossing II, L.P. ("Island View," "IVC" or the "Debtor"), and Defendant Prudential Savings Bank ("Defendant"), by and through their respective counsel, that:

1. The deadline by which parties shall file their initial Fed. R. Civ. P. 26(a)(2) disclosures of expert testimony is extended to November 22, 2021.

2. The deadline by which parties shall file a supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party is extended to December 15, 2021.

3. Depositions of expert witnesses shall be completed within two (2) weeks of the submittal of expert rebuttals. All expert discovery shall be completed, and expert discovery shall close, on or before January 7, 2022.

4. All other terms of the Court's Pretrial Order #8 entered on October 1, 2021 [Doc. No. 164], shall remain in full force and effect.

| | |
|---|---|
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | KAUFMAN, COREN & RESS, P.C. |
| By: /s/ *Michael D. Vagnoni* <br> Edmond M. George, Esquire <br> Nicholas Poduslenko, Esquire <br> Michael D. Vagnoni, Esquire <br> Centre Square West, 34th Floor <br> 1500 Market Street <br> Philadelphia, PA  19102 <br> 215-665-3066 – Telephone <br> michael.vagnoni@obermayer.com | By: /s/ *Matthew R. Williams* <br> Steven M. Coren, Esquire <br> Matthew R. Williams, Esquire <br> Two Commerce Square <br> Suite 3900 <br> 2001 Market Street <br> Philadelphia, PA 19103 <br> 215-735-8700 – Telephone <br> mwilliams@kcr-law.com |
| *Counsel to the Defendant, Prudential Savings Bank* | *Counsel to Plaintiff, Kevin O'Halloran, in his capacity as Chapter 11 Trustee for Island View Crossing II, L.P.* |

Dated:  November 15, 2021

APPROVED AND SO ORDERED:

Date:  11/17/21

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**